# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0625.  KENT v. THE STATE.**

Kent moves that his case be remanded to the trial court to give his appellate counsel an opportunity to investigate and present claims that his trial counsel was ineffective.  After Kent was found guilty and sentenced for aggravated sodomy and sexual battery, his trial counsel filed a notice of appeal, which removed the case from the trial court's jurisdiction before conflict-free appellate counsel was appointed.

Because appellate counsel had no opportunity to assert an ineffective assistance of trial counsel claim in the trial court, we GRANT the motion to remand.  The case is remanded to the trial court for an evidentiary hearing and findings concerning the issue of ineffective assistance of trial counsel.  If the trial court finds that Kent did not receive effective assistance of trial counsel, a new trial is required.  If the trial court finds that Kent received effective assistance of trial counsel, Kent shall have 30 days to appeal that ruling along with any other claims of trial error. *Garland v. State*, 283 Ga. 201 (657 SE2d 842) (2008).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*